# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WARREN EMANUEL GEORGES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2016

[April 29, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 2013CF000588A.

Warren Emanuel Georges, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***